| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BREYER, STEPHEN G. | 2. Court or Organization<br><br>U.S. SUPREME COURT | 3. Date of Report<br><br>05/09/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>ASSOC. JUSTICE SUPREME COURT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination        Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>SUPREME COURT OF UNITED STATES<br>1 FIRST STREET, N.E.<br>WASHINGTON, D.C. 20543 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2. | JUROR | THE PRITZKER ARCHITECTURE PRIZE |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/09/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | PENGUIN RANDOM HOUSE LLC.; ROYALTY INCOME | $44,942.35 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | INSTITUT FRANCAIS | JANUARY 26-29, 2016 | PARIS, FRANCE | NUIT DES IDEES (NIGHT OF IDEAS) EVENT | ROUND-TRIP AIRFARE, & MEAL |
| 2. | HARVARD LAW SCHOOL | JANUARY 25, 2016 | CAMBRIDGE, MA | BOOK EVENT | ONE-WAY AIRFARE |
| 3. | PALM BEACH BAR ASSOC & FORUM CLUB OF PALM BEACH | FEBRUARY 12, 2016 | PALM BEACH, FL | BOOK EVENT | ONE-HALF AIRFARE EACH WAY, LODGING, & MEAL |
| 4. | YALE LAW SCHOOL | FEBRUARY 17, 2016 | NEW HAVEN, CT | ANNUAL BRENNAN LECTURE | ONE-HALF TRAIN FARE, LODGING & MEAL |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BREYER, STEPHEN G. | 05/09/2017 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5. | GLOBAL CENTER ON COOPERATIVE SECURITY | MARCH 10, 2016 | NEW YORK, NY | "THE EFFECTIVE ADJUDICATION OF TERRORISM CASES" PANEL AT THE UN | ROUND-TRIP AIRFARE |
| 6. | PRITZKER FOUNDATION | APRIL 2-6, 2016 | NEW YORK, NY | PRITZKER ARCHITECTURE CEREMONY AND DINNER | ONE-WAY TRAIN FARE, RETURN AIRFARE, LODGING, AND MEALS |
| 7. | AMERICAN UNIVERSITY IN PARIS | APRIL 29 - MAY 5, 2016 | PARIS, FRANCE | HONORARY DEGREE AWARDED TO JUSTICE BREYER | ROUND-TRIP AIRFARE |
| 8. | AMERICAN PSYCHIATRIC ASSOCIATION | MAY 17, 2016 | ATLANTA, GA | KEYNOTE SPEECH | ROUND-TRIP AIRFARE |
| 9. | PRITZKER FOUNDATION | APRIL 2-6, 2016 | NEW YORK, NY | PRITZKER ARCHITECTURE CEREMONY AND DINNER | ONE-WAY TRAIN FARE, RETURN AIRFARE, LODGING, AND MEALS |
| 10. | NY CITY BAR ASSOCIATION, BINGHAM CENTRE FOR THE RULE OF LAW; INTL RULE OF LAW PROJ. | JUNE 16, 2016 | NEW YORK, NY | DISCUSSION | ONE-WAY AIRFARE, ONE-WAY TRAIN FARE, & MEAL |
| 11. | AMERICAN DITCHLEY FOUNDATION | JULY 6-10, 2016 | LONDON, UNITED KINGDOM | SPEAKING AT DITCHLEY FOUNDATION ANNUAL LECTURE IN UK | ROUND-TRIP AIRFARE (SELF & SPOUSE), LODGING |
| 12. | SUN VALLEY AUTHOR'S FORUM | JULY 12-15, 2016 | SUN VALLEY, ID | PARTICIPATE IN DISCUSSIONS AND BOOK TALK | ROUND-TRIP AIRFARE (SELF & SPOUSE), LODGING, & MEALS |
| 13. | GENERAL SERVICES ADMINISTRATION | SEPTEMBER 8, 2016 | WASHINGTON, DC | KEYNOTE SPEAKER ON THE BOSTON COURTHOUSE BUILDING/ ARCHITECTURE | ROUND-TRIP AIRFARE |
| 14. | AMERICAN COLLEGE OF TRIAL LAWYERS | SEPTEMBER 16-20, 2016 | PHILADELPHIA, PA | UK-US LEGAL EXCHANGE | ONE-WAY AIRFARE, ONE-WAY TRAIN FARE, LODGING, & MEALS |
| 15. | KNOPF & SPEAKERS SERIES | SEPTEMBER 26-28, 2016 | BALTIMORE, MD; BOSTON, MA; PORTSMOUTH, NH | BOOK EVENTS | DINNER |
| 16. | NEW CHINA CENTER AT YALE | SEPTEMBER 30, 2016 | NEW HAVEN, CT | PANEL DISCUSSIONS | ONE-WAY AIRFARE, ONE-WAY TRAIN FARE, LODGING, & MEAL |
| 17. | KNOPF/92ND STREET Y | OCTOBER 5, 2016 | NEW YORK, NY | BOOK EVENT | ONE-WAY TRAIN FARE, RETURN AIRFARE, LODGING, & MEALS |
| 18. | DELAWARE STATE BAR ASSOCIATION | NOVEMBER 3, 2016 | WILMINGTON, DE | BOOK RELATED TALK BEFORE DELAWARE SUPREME COURT AND DE STATE BAR ASSOC. | ROUND-TRIP TRAIN FARE & LUNCHEON |
| 19. | PRITZKER ORGANIZATION | NOVEMBER 11-21, 2016 | SPAIN & FRANCE | ARCHITECTURE PRIZE BOARD MEMBER FLY- AROUND | ROUND-TRIP AIRFARE, LODGING, & MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/09/2017 |

| 20. | KNOPF/DALLAS WORLD AFFAIRS COUNCIL | DECEMBER 12-13, 2016 | DALLAS & FT. WORTH, TX | BOOK EVENTS | ROUND-TRIP AIRFARE, LODGING, & MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/09/2017 |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/09/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT: | | | | | | | | | |
| 2. DEUTSCHE (FKA DEAWM) CORE PLUS INCOME FUND | A | Dividend | K | T | | | | | |
| 3. DEUTSCHE (FKA DEAWM) LARGE CAPITAL VALUE FUND | B | Dividend | | | Merged (with line 4) | 12/09/16 | L | | |
| 4. DEUTSCHE CROCI US FUND-S | A | Dividend | L | T | Open | 12/09/16 | L | | |
| 5. OTHER HOLDINGS: | | | | | | | | | |
| 6. DEUTSCHE (FKA DEAWM) CORE PLUS INCOME FUND - IRA | A | Dividend | K | T | | | | | |
| 7. BANK OF AMERICA - CHECKING | A | Interest | L | T | | | | | |
| 8. TIAA/CREF: | | | | | | | | | |
| 9. TIAA/CREF - TIAA TRADITIONAL | E | Int./Div. | O | T | | | | | |
| 10. TIAA/CREF - TIAA REAL ESTATE | C | Int./Div. | L | T | | | | | |
| 11. TIAA/CREF - CREF BOND MARKET R3 | C | Int./Div. | M | T | | | | | |
| 12. TIAA/CREF - CREF STOCK R3 | G | Int./Div. | P1 | T | | | | | |
| 13. TIAA/CREF - CREF INF-LINKED BOND R3 | E | Int./Div. | N | T | | | | | |
| 14. TIAA/CREF - CREF STOCK R1 | D | Int./Div. | L | T | | | | | |
| 15. TRUST: | | | | | | | | | |
| 16. TAI SHAN FUND | B | Int./Div. | L | T | | | | | |
| 17. VANGUARD WINDSOR FUND (FKA WINDSOR FUND) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AUTOMATIC DATA PROCESSING INC COMMON STOCK | C | Dividend | M | T | | | | | |
| 19. CINTAS CORP. COMMON STOCK | B | Dividend | M | T | | | | | |
| 20. SYSCO CORP. COMMON STOCK | C | Dividend | M | T | | | | | |
| 21. VANGUARD 500 INDEX FUND | D | Dividend | N | T | | | | | |
| 22. APPLIED ANALYSIS INC - COMMON STOCK | | None | J | T | | | | | |
| 23. APPLIED ANALYSIS INC - PREFERRED STOCK | | None | J | T | | | | | |
| 24. VANGUARD DIVIDEND GROWTH FUND -IV | D | Dividend | M | T | | | | | |
| 25. VANGUARD MID-CAP INDEX FUND -A | B | Dividend | M | T | | | | | |
| 26. DODGE & COX INTERNATIONAL STOCK FUND | C | Dividend | L | T | | | | | |
| 27. ROYCE LOW-PRICED STOCK SERVICE FUND | C | Dividend | K | T | | | | | |
| 28. OAKMARK INTERNATIONAL FUND - I | B | Dividend | L | T | | | | | |
| 29. FEDERATED US TREASURY CASH RSV FD-I | A | Dividend | L | T | | | | | |
| 30. VANGUARD SMALL CAP INDEX-INV | A | Dividend | K | T | | | | | |
| 31. FIDELITY MA MUNICIPAL INCOME | A | Dividend | K | T | | | | | |
| 32. US TREASURY NOTES 1.875% 8/31/17 | A | Interest | K | T | Sold (part) | 07/11/16 | L | A | |
| 33. | | | | | Sold (part) | 09/06/16 | J | A | |
| 34. US TREASURY NOTES 1.750% 5/31/16 | A | Interest | | | Sold | 05/31/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FASTENAL CO. | B | Dividend | K | T | | | | | |
| 36. US TREASURY NOTES 1.375% 6/30/18 | A | Interest | N | T | Buy | 08/15/16 | N | | |
| 37. US TREASURY NOTES 1.500% 5/31/19 | A | Interest | M | T | Buy | 06/02/16 | M | | |
| 38. | | | | | Buy (add'l) | 08/15/16 | N | | |
| 39. | | | | | Sold (part) | 09/29/16 | M | A | |
| 40. OTHER ASSETS: | | | | | | | | | |
| 41. TIAA/CREF RETIREMENT ACCOUNTS: | | | | | | | | | |
| 42. TIAA/CREF - TIAA TRADITIONAL | C | Int./Div. | L | T | | | | | |
| 43. TIAA/CREF - CREF STOCK R2 | A | Int./Div. | L | T | | | | | |
| 44. SK-N-A NATIONAL BANK SAVINGS ACCT | A | Interest | J | T | | | | | |
| 45. PEARSON PLC ORD. STOCK | E | Dividend | O | T | | | | | |
| 46. RENTAL PROPERTY - NEVIS WEST INDIES | A | Rent | N | W | | | | | |
| 47. TOTAL SA SPONSORED ADR | B | Dividend | | | Sold (part) | 06/21/16 | K | D | |
| 48. | | | | | Sold | 09/08/16 | K | D | |
| 49. LAND IN CONCORD, MA | | None | | | Sold | 08/09/16 | O | G | Neil and Anna Rasmussen |
| 50. LAND IN PLAINFIELD, NH | | None | N | W | | | | | |
| 51. IBM - COMMON STOCK | | None | | | Sold | 01/20/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LOWES COMPANIES INC - COMMON STOCK | B | Dividend | L | T | | | | | |
| 53. PACCAR INC - COMMON STOCK | C | Dividend | M | T | | | | | |
| 54. UNITED TECHNOLOGIES CORP - COMMON STOCK | C | Dividend | M | T | | | | | |
| 55. CISCO SYSTEMS INC - COMMON STOCK | B | Dividend | L | T | | | | | |
| 56. AIR PRODUCTS & CHEMICAL INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 57. SSGA MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 58. LEXINGTON MA GO 4% 2/15/21 | B | Interest | M | T | | | | | |
| 59. EMC CORP MASS - COMMON STOCK | A | Dividend | | | Sold | 04/04/16 | L | E | |
| 60. STANCROFT TRUST LIMITED | E | Dividend | O | W | | | | | |
| 61. FIRST CARIBBEAN INTERNATIONAL BANK - CHECKING | | None | K | T | | | | | |
| 62. EATON VANCE LARGE CAP GROWTH FUND - I | D | Dividend | N | T | | | | | |
| 63. EATON VANCE LARGE CAP VALUE FUND - I | C | Dividend | N | T | | | | | |
| 64. EATON VANCE TAX M S/C | C | Dividend | L | T | | | | | |
| 65. EATON VANCE ATLANTA SM CP-I | C | Dividend | L | T | | | | | |
| 66. VERSUM MATERIALS INC. | A | Distribution | J | T | Spinoff (from line 56) | 10/03/16 | J | | |
| 67. DFCI RETIREMENT PLAN (401A) (FIDELITY INVESTMENTS) - NO CONTROL | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE REPORT WAS PREPARED BY:

CITRIN COOPERMAN & COMPANY, LLP
529 FIFTH AVENUE
NEW YORK, NEW YORK 10017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN G. BREYER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544